# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| T. MATTHEW PHILLIPS, et al.,<br>    Plaintiffs,<br>v.<br>BRYCE DUCKWORTH, et al.,<br>    Defendants. | Case No.: 2:20-cv-02345-RFB-NJK<br>**ORDER**<br>[Docket No. 4] |

Pending before the Court is Plaintiff T. Matthew Phillips's motion to be permitted to file electronically. Docket No. 4. A *pro se* litigant may request authorization to register as an electronic filer in a specific case. Local Rule IC 2-1(b). For good cause shown, Plaintiff's motion is **GRANTED** subject to the following:

- No later than January 13, 2021, Plaintiff must file a certification that he has completed the CM/ECF tutorial and is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events.[1]
- Plaintiff is not authorized to file electronically until said certification is filed within the timeframe specified above.
- Upon timely filing of the certification, Plaintiff shall contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

Dated: December 30, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Plaintiff submits that he has completed the CM/ECF tutorial, that he was previously granted permission to file electronically, and that he is familiar with filing electronically in federal court. Docket No. 4 at 2. However, Plaintiff fails to include any document certifying that he has completed the CM/ECF tutorial and is familiar with filing electronically in this Court. The tutorial, Electronic Case Filing Procedures, and Civil Menu E-Filing Categories and Events can all be found at https://www.nvd.uscourts.gov/e-filing-permission/.

1