# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| T. MATTHEW PHILLIPS, et al.,<br>        Plaintiffs,<br>v.<br>BRYCE DUCKWORTH, et al.,<br>        Defendants. | Case No. 2:20-cv-02345-RFB-NJK<br><br>**ORDER** |

On December 30, 2020, the Court issued an order granting Plaintiff T. Matthew Phillips' motion to be permitted to file electronically subject to Plaintiff filing a certification that he has completed the CM/ECF tutorial and is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events, no later than January 13, 2021. Docket No. 6. To date, Plaintiff has failed to file a certification or request an extension to do so. *See* Docket.

Accordingly, Plaintiff is hereby **ORDERED** to file a certification that he has completed the CM/ECF tutorial and is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events, no later than April 2, 2021. Failure to do so will result in revocation of Plaintiff's permission to file electronically.

IT IS SO ORDERED.

Dated: March 23, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1