UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| T. MATTHEW PHILLIPS, et al.,<br>    Plaintiffs,<br>v.<br>BRYCE DUCKWORTH, et al.,<br>    Defendants. | Case No. 2:20-cv-02345-RFB-NJK<br><br>**ORDER** |

On December 30, 2020, the Court issued an order granting Plaintiff T. Matthew Phillips' motion to be permitted to file electronically subject to Plaintiff filing a certification that he has completed the CM/ECF tutorial and is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events, no later than January 13, 2021.  Docket No. 6.  Plaintiff failed to file a certification.  *See* Docket.  On March 23, 2021, the Court issued an order instructing Plaintiff to file said certification, no later than April 2, 2021.  Docket No. 7.  The Court cautioned Plaintiff that "[f]ailure to do so will result in revocation of [his] permission to file electronically."  *Id.* at 1.  Plaintiff has failed to either file the necessary certification or request an extension to do so.  *See* Docket.  Accordingly, Plaintiff's permission to file electronically is hereby **REVOKED**.

IT IS SO ORDERED.

Dated: April 6, 2021

                                                                                          _____
                                                                                          Nancy J. Koppe
                                                                                          United States Magistrate Judge

1